ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LUIS ANTONIO ARENAS ZAMORA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LUIS ANTONIO ARENAS ZAMORA,<br><br>    Defendant. | Case No.: 1:08-CR-00213-AWI<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>DATE: September 24, 2012<br>TIME: 10:00 a.m.<br>Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Status Conference, presently set for September 24, 2012, at 10:00 a.m. be vacated.  The parties further stipulate that a Status Conference be set for October 22, 2012, at 10:00 a.m.

   Good cause exists for this request as Anthony P. Capozzi, attorney for Defendant Luis Antonio Arenas Zamora, is unavailable for the next two weeks due to a trial. *People of the State of California v. Alejandro Castro*, case number F10900353, began on Wednesday, September 12, 2012, at 9:00 a.m. in Fresno County Superior Court.  The trial is

tentatively expected to last through Friday, September 28, 2012.  Therefore, counsel for the defendant is unavailable for trial in this matter and failure to grant the request would unreasonably deny the defendant continuity of counsel.

Based on the above-stated findings, the ends of justice served by continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2012 through October 22, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

DATED: September 20, 2012           Respectfully Submitted,


                                    */s/Anthony P. Capozzi*
                                    Anthony P. Capozzi
                                    Attorney for,
                                    LUIS ANTONIO ARENAS ZAMORA

                                    */s/Kathleen A. Servatius*
                                    Kathleen A. Servatius
                                    Assistant United States
                                    Attorney

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Status Conference now set for September 24, 2012, be continued to Monday, October 22, 2012, at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   September 20, 2012              _____
                                         CHIEF UNITED STATES DISTRICT JUDGE