ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LUIS ANTONIO ARENAS ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00213-AWI |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| LUIS ANTONIO ARENAS ZAMORA, | Date: January 14, 2013<br>Time: 10:00 a.m.<br>Hon. Anthony W. Ishii |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 14, 2013, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until April 8, 2013, at 10:00 a.m. and to exclude time between January 14, 2013, and April 8, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

1     3. The parties agree and stipulate, and request that the
2 Court find the following:
3        a. The government has represented that the discovery
4     associated with this case has been either produced
5     directly to counsel and/or made available for inspection
6     and copying.
7        b. The government does not object to the continuance.
8        c. Based on the above-stated findings, the ends of
9     justice served by continuing the case as requested
10    outweigh the interest of the public and the defendant in a
11    trial within the original date prescribed by the Speedy
12    Trial Act.
13       d. For the purpose of computing time under the Speedy
14    Trial Act, 18 U.S.C. § 3161, et seq., within which trial
15    must commence, the time period of January 14, 2013, to
16    April 8, 2013, inclusive, is deemed excludable pursuant to
17    18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
18    continuance granted by the Court at defendant's request on
19    the basis of the Court's finding that the ends of justice
20    served by taking such action outweigh the best interest of
21    the public and the defendant in a speedy trial.
22    4. Nothing in this stipulation and order shall preclude a
23 finding that other provisions of the Speedy Trial Act dictate
24 that additional time periods are excludable from the period
25 within which a trial must commence.
26 ///
27 ///
28

IT IS SO STIPULATED.

Dated: January 10, 2013

                                  */s/ Kathleen A. Servatius*
                                  Assistant United States Attorney

Dated: January 10, 2013

                                  */s/ Anthony P. Capozzi*
                                  Anthony P. Capozzi
                                  Attorney for
                                  LUIS ANTONIO ARENAS ZAMORA

**ORDER**

IT IS SO ORDERED.

Dated:   January 11, 2013                              
                                 UNITED STATES DISTRICT JUDGE